Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida
### Civil Division

Margarette Revol

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Wellington Regional Medical Center

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* [✓] Yes [ ] No

FILED BY ___MEE___ D.C.

**Jul 16, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WEST PALM BEA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Margarette Revol |
   | Street Address | 9914 Shepard Place |
   | City and County | Wellington, Palm Beach |
   | State and Zip Code | Florida, 33414 |
   | Telephone Number | 561-670-6977 |
   | E-mail Address | Margaretterevol@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Wellington Regional Medical Center |
| Job or Title *(if known)* | |
| Street Address | 10101 Forest Hill Boulevard |
| City and County | Wellington, Palm Beach |
| State and Zip Code | Florida 33414 |
| Telephone Number | (561) 798-8500 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Wellington Regional Medical Center, Incorporated |
| Job or Title *(if known)* | |
| Street Address | 367 South Gulph Road |
| City and County | King of Prussia |
| State and Zip Code | Pa, 19406 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Marie Jo Carricilo |
| Job or Title *(if known)* | HR Manager |
| Street Address | 10101 Forest Hill Boulevard |
| City and County | Wellington, Palm Beach |
| State and Zip Code | Florida 33414 |
| Telephone Number | (561) 798-8500 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Sam Castle |
| Job or Title *(if known)* | CNO |
| Street Address | 10101 Forest Hill Blvd |
| City and County | Wellington, Palm Beach |
| State and Zip Code | Florida 33414 |
| Telephone Number | (561) 798-8500 |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Wellington Regional Medical Center |
| Street Address | 10101 Forest Hill Blvd. |
| City and County | Wellington, Palm Beach |
| State and Zip Code | Florida 33414 |
| Telephone Number | (561) 798-8500 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☑ Relevant city or county law *(specify, if known)*:
Wellington, Palm Beach

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
June 28th, 2017

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race — American
- ☑ color — White
- ☑ gender/sex — Female/Male
- ☐ religion
- ☐ national origin
- ☐ age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Pulmonary Embolism

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

See Attached Pages

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
or after January 23, 2016

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 05/01/2019 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am requesting that the court provide all relllief that I am entitled such as $120,000.00 for lost of employment with the hospital, a Million dollars ($1,000,000.00 for being discriminated against at every turn, and a Million dollars ($1,000,000.00 for punitive damages for being subjected to the kind of negative actions continuously by the hospital through its employees

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/16/19

Signature of Plaintiff: *Margarette Revol*

Printed Name of Plaintiff: Margarette Revol

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

United States District Court for
West Palm Beach, Florida

v.

Wellington Regional Medical Center


My name is Margarette Revol, and I started working

I am currently suffering of Blood Coagulation Disorder that is recurrent and has been transformed into Pulmonary Embolism. Such disorder results into shortness of breath, inability to move rapidly when necessary, and being hospitalized often. When my condition had gotten I was working a night at Wellington Medical Center. Because of the situation I would sometimes missed work because of the continuous situation with my health.
I started working at Wellington Regional Medical Center, whose address is 10101 Forest Hill Blvd, Wellington, Florida 33414 on March 22, 2015. My schedule was of three (3) days a week. The workload, given to me by my supervisor, was usually four (4) to seven (7) patients per week. Such workload depended on the number of patients admitted to the hospital.
The first time I had experienced Blood Coagulation Disorder was January twenty third two thousand sixteen (January 23rd, 2016). The experience was as if it was on a schedule. It came every four months. At first, when I started complaining about my situation, the hospital was collaborating with me. It would allow me time to recuperate every time the Blood Coagulation Disorder would occur. However, after a while, my employer refused to hear about my problems. Every time I got sick, I had to take time off work to recuperate. The illness required me to do so. After considering that I would not be able to work full time, I requested that the hospital provide me with a per diem schedule. Unfortunately, the hospital refused to hear about my concern, and decided to deny my request.
On June twenty eight two thousand seventeen (June 28th, 2017, I received a call from Mary Jo Carricilo, the HR Manager, stating that I will be taken off the floor, where I worked, because the report, provided by the Doctor who was treating me, was unclear. During that time, I was denied any disability check while I was out of work, except for my last paycheck. The hospital, through, its HR manager denied me any short term disability, and refused to agree to any accommodation request that I had made.
The HR Manager, Mary Jo Carricilo, stated: "We do this all the time." I repeatedly met with the HR Manager to resolve this matter. I even met with Sam Castle, the CNO of the Hospital, and Melissa Johnson, my supervisor and Manager to deal with the situation. At first, they were willing to listen to the accommodations I proposed, such as putting me on light duty, or working part-time or letting me work on a lighter floor.
Then, abruptly, the proposals were rejected. The HR Manager, Mary Jo Carricilo, laughed about the proposition to my face and stated that: "you have a preexisting condition." They refused to accommodate me. I faced severe financial hardship, as well as physical and emotional distress. The managers at Wellington Regional stated that: "I was a high risks nurse due to my condition." They refused to work with me to achieve any sort of resolution of the situation.

When I was hired as a registered nurse at Wellington Regional Medical Center on February twenty second two thousand fifteen (February 22nd, 2015), I was made to sign a two-year contract and was promised a five thousand dollars ($5,000.00) bonus. I received such money, intermittently, while I was completing my two-year of employment. I worked at three (3) East, the care cardiac step down floor from seven (7) pm to seven (7) am for two and a half years. While employed at Wellington Medical Center, when I fell ill, I would be admitted at different hospital in the area as well as in Wellington Regional Medical Center. On February twelfth two thousand seventeen (February 12th, 2017) I became severely ill while on duty. I was taken to the emergency room (ER) of the hospital where the doctor who was caring for me ordered several tests. My CT scan came back positive for Pulmonary Embolism. Pulmonary Embolism is a blood clot that traveled from lower legs to lungs, which causes shortness of breath, fast and irregular heartbeats, chest pain, and extreme weakness. From the ER (Emergency Room), I was transferred to the ICU (Intensive Care Unit). Resulting in my being out of work until March twenty second, two thousand seventeen (March 22nd, 2017).
Upon returning to work, I requested a meeting with my Manager Kelly, and Director Melissa on March thirty first two thousand seventeen (March 31st, 2017) to complete a form to switch from full-time to per diem position. The per diem position would have allowed me to work on an as needed position. It would have provided me more flexibility in my schedule at work that would have helped me to manage my disability.
During the meeting, Manager Kelly Gullen presented me with a write up for missing work on the dates I was a patient at Wellington Medical Regional. At that time I was out sick from February twelfth two thousand seventeen (February 12th, 2017) to March twenty second two thousand seventeen (March 22nd, 2017) of which I had no control over.
A week later, I followed up with the Department of Human Resources to check on the status of my request for the change of schedule. Such a change would have placed me on a per diem schedule that I had requested from the Hospital. Wendy, an employee from the Department Human Resources told me that my request was denied.
After receiving such notice, I requested a copy of my per diem application request that I had submitted to Manager Kelly Gullen and Director Melissa Johnson, as well as a copy of the reason for the denial. Unfortunately, I was, again, told by Wendy that she can not provide me such copies considering she does not know where the paperwork was.
Then, I followed up with Human Resources Manager Mary Jo Carricialo for a copy of the application as well as a copy of the denial of my application. She, as well, stated that she did not have them. In the meantime, I continued to work as per the schedule provided to me while I was, still, trying to get it changed by my employer.
I, then, applied for different position on different floors, but at every turn, I was told by Nancy Paige Lidelle and Mary Jo Carricialo that per my contract I had to work full time. I could not work on any other floor until such a contract was up. If I refused to do so, I would have to repay the bonus that I was given intermittently through the two years I had worked.
The Department of Human Resources refused to provide accommodations to do the work I was hired to do. It continuously demanded that I repay the five thousand dollars ($5,000.00) bonus. There was no understanding as to my situation. Regardless of my medical disability, it demanded its money. Money that I was well deserved, considering, at that time, I had already completed the demands of the contract. My position remained classified as a full time employee. On March fifth two thousand seventeen (March 5th, 2017), suddenly, seventeen hundred dollars ($1,700.00) was deducted from my paycheck.

I followed up with the Department of Human Resources who told me through Nancy Paige Lidelle that the Hospital had no choice but to deduct the money from my paycheck because of my request to switch from full time employee to a per diem one. I told her that the request for the per diem was rejected. Her answer was "you will not get that money back."
I, then, met with Mary Jo Carricialo on May tenth two thousand seventeen (May 10th, 2017) who stated that I had satisfied the two year contract. She declared that: "I should receive the money back as soon as possible." The money was returned to me on June first two thousand seventeen (June 1st, 2017). Still, no accommodation was provided to me. I continued to work at three (3) east as before.
On June twenty eight two thousand seventeen (June 28th, 2017), after getting off work that morning, Mary Jo Carricialo from Human Resources called me to state that, per paperwork received from my primary doctor, Mr. Chinyere Mbaeri, about my medical condition, I will be taken off the floor.
I was, immediately, taken off the floor and out of my schedule at Wellington Regional Medical Center. No other options were discussed with me. Such options are listed on the employee handbook of the hospital. They are job modification or duties, such as light duty, or any other position that could be considered as light duty at the place of employment which is the hospital at the time.
I requested, then, from the Human Resources Department copies of the paperwork from Doctor Mbeari that was received by the hospital that gives it reasons to take me off the floor. I received, only, the first page of the report.
I spoke to Mary Jo Carricialo about the issue in order for her to provide me an explanation at to the Hospital decision to take me off the schedule. I could not understand why the Hospital had waited three months after I had returned to work to abruptly taken me off the schedule. I had worked, continuously, on the floor without any accommodations for my disability, even when I had made such requests at every turn to every person in charge of employment at the hospital during my time there.
I, even, questioned Dr. Mbaeri about the reason for the hospital had decided to refuse to accommodate me about the light duty I so needed. He stated that "Wellington Regional sees you as a liability because of your medical condition, they do not want, they want you to quit because you are a high risk nurse, because of your blood clots, why don't you look for another job."
I sent an Email to the CEO of the Hospital, Robin Lee, regarding this matter who never responded.
On July twenty sixth two thousand seventeen (July 26, 2017) I went to my scheduled appointment with Dr. Mbaeri to complete my FMLA and short term disability. My benefits were denied because he had not completed the required paperwork.
When I met the Doctor, he started yelling at me and stated: "I am not going to complete any paperwork for your disability, I do not care about you, I do not want you into my office." I left his office and went, directly, to Wellington Regional Medical Center to meet with Mary Jo Carricialo, the Human Resources Manager, and Sam Cassel, the CNO. I informed them that the Doctor has refused to complete my disability paperwork.
Mary Jo Carricialo, then, stated: "We do this all the time. We take people off the schedule, if they have a medical disability, particularly, if we cannot offer light duty. You will have to deal with that situation with your doctor. We have nothing to do with that." No other resolution was discussed during my meeting with Mary Jo Carricialo and Sam Cassel.

Because of the aforesaid behavior stated above, I have been denied benefits regarding my medical disability, and short term disability through my insurance company, which is through Wellington Regional Medical Center. I have no income. I now have to pay out of pocket for medical insurance. I have reached out to Wellington Regional Medical Center Human Resources, and even the Corporate office of the Hospital for some relief. I have been out of work without pay since June twenty eight two thousand seventeen (June 28th, 2017). I have not received any benefits, no accommodations toward my job regarding my medical disability.

Therefore, I am requesting relief from the hospital as well as from the authorities in charge of the employment at Wellington Regional Medical Center in the amount of one hundred twenty thousand dollars ($120,000.00) for lost of employment with the hospital. A million dollars ($1,000,000.00) for being discriminated against. A million dollars ($1,000,000.00) against the hospital for punitive damage as well. I made request for a jury trial.

*Margarette Revol*

Margareth Revol
9914 Shepard Place
Wellington, Florida 33414